# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md2286-MMA-MDD<br>Member Case Nos.: 15cv1479-MMA-MDD and 15cv2282-MMA-MDD<br><br>**ORDER SETTING BRIEFING SCHEDULE AND DENYING IN PART PLAINTIFF BASHAM'S OBJECTION TO TRANSFER AND MOTION TO COMPEL DISCOVERY**<br><br>**[ECF No. 721]** |

Plaintiff Angela Basham in member case numbers 15cv1479-MMA-MDD and 15cv2282-MMA-MDD moves to "den[y] being transferred" to the class action and to compel Defendants in this multi-district litigation ("MDL") to supplement their discovery responses. (ECF No. 721). First, Plaintiff explains that she does not want to be a part of a class in this MDL. (*Id.* at 4-5). The class Plaintiff requests to opt-out of has not been certified. Accordingly, the Court **DENIES AS PREMATURE** Plaintiff's request to opt-

out of a class.[1] The Court construes Plaintiff's motion to compel as a dispute regarding the sufficiency of Defendants' production of Plaintiff-specific information (*see* ECF No. 608 at 4) and production of information relating to Defendants' dialing technology and practices (*id.* at 5-6). Accordingly, Defendants' must file a response in opposition to Plaintiff's motion, if any, on or before **December 20, 2019**. No reply briefs will be accepted absent leave of the Court. The Court will issue a written ruling in due course upon completion of the briefing and without oral argument.

**IT IS SO ORDERED**.

Dated: December 11, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] Plaintiff will have an opportunity in the future to opt-out of any certified class.